372 A.2d 845
Commonwealth v. Walsh, Appellant.

Submitted September 10, 1975. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Hugh J. Colihan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: This case is remanded for completion of the record by addition of notes of testimony taken at the January 7, 1975 hearing on appellant's motion to suppress and at appellant's trial.

372 A.2d 845
Commonwealth v. Whittaker, Appellant.

Submitted June 14, 1976. Lewis J. Bott, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.